## Robert H. Holmes, Plaintiff in Error, v. Minerva V. Scott, Defendant in Error.

### Gen. No. 21,633.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. JOHN H. FORNOFF, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 10, 1916.

### Statement of the Case.

Action by Robert H. Holmes, plaintiff, against Minerva V. Scott, defendant.

The record and abstract in this case are in all essential particulars the same as in the case of *Leroy v. Scott,* Gen. No. 21,632, *ante,* p. 491. For the reasons appearing in the *Leroy* opinion, *supra,* the judgment of the Circuit Court was affirmed.

ROBERT H. HOLMES, *pro se.*

No appearance for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.